IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

DARLIN JOSUE VELOZ-GILER,

                    Petitioner,

vs.

TODD M. LYONS, Acting Director,
U.S. Immigration and Customs
Enforcement, et al.,

                    Respondents.

0:26-CV-703

ORDER TO SHOW CAUSE

The petitioner was taken into U.S. Immigration and Customs Enforcement custody in the Bishop Henry Whipple Federal Building in Fort Snelling, Minnesota, and seeks immediate release, alleging that his detention is unlawful. Filing 1. Pursuant to 28 U.S.C. § 2243,

IT IS ORDERED:

1.  The respondents shall, on or before **January 30, 2026**, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted.

2.  The respondents' answer must include:

    a.  Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims;

    c. The petitioner's current location, and the time at which he was transported there;

    d. The government's position on whether an evidentiary hearing should be conducted and whether this matter should be transferred to another district; and

    e. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant.

3.     The petitioner may reply in support of the petition on or before February 2, 2026.

4.     The respondents are enjoined from removing the petitioner from the United States until further order of the Court.

5.     If the petitioner is presently in Minnesota, the respondents are **immediately** enjoined from removing him from Minnesota until further order of the Court.

Dated this 27th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge